# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**J.C. CARY**                                                                       **PLAINTIFF**

**v.**                        **Case No. 2:11CV00140 KGB**

**UNITED STATES OF AMERICA**                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for change of venue (Dkt. No. 45). For good cause shown and pursuant to 28 U.S.C. § 1404(a), the motion is granted. The Clerk of Court is directed to transfer this case from the Eastern Division of the Eastern District of Arkansas to the Western Division of the Eastern District of Arkansas.

The trial in this matter will be held in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, beginning at 9:30 a.m. on Monday, May 13, 2013.

SO ORDERED this the 3rd day of May, 2013.

_____
Kristine G. Baker
United States District Judge