IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**J.C. CARY**                                                                                          **PLAINTIFF**

**V.**                                    **No. 2:11-CV-00140 KGB**

**UNITED STATES OF AMERICA**                                                  **DEFENDANT**

## JUDGMENT

This matter came for bench trial on the 13th day of May, 2013. Plaintiff J.C. Cary appeared through his attorneys Darryl E. Baker and James Gerard Schulze. Defendant, the United States of America, appeared through its attorneys Lindsey Mitcham Lorence and Jamie Goss Dempsey. All parties announced ready for trial. The case concluded and was submitted to the Court on May 13, 2013.

Consistent with the Court's findings of fact and conclusions of law, judgment is entered in favor of J.C. Cary against the United States of America in the amount of $64,359.40 plus interest to the extent authorized by 31 U.S.C. § 1304.

SO DATED this the 20th day of August, 2013.

_____
Kristine G. Baker
United States District Judge